IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRIENDSHIP EDISON** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05CV2461(RCL) |
| | : | |
| v. | : | |
| | : | |
| **EBONY SMITH, on behalf of** | : | |
| **L.S., a minor, <u>et al.</u>** | : | |
| | : | |
| Defendants. | : | |
| | : | |

### DEFENDANT SMITH'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant Ebony Smith, by and through her attorneys, Tilman L. Gerald and James E. Brown & Associates, PLLC, and in Answer to the Complaint filed herein against her respectfully represents unto this Honorable Court as follows:

1. That the allegation contained in paragraph one (1) of the Complaint is a characterization of the Complaint by the pleader, is jurisdictional in nature that consequently a response is not required. However, to the extent a response is required, then the said allegation is hereby denied.

2. That this Defendant admits the allegations contained in paragraphs two (2), three (3), four (4), and five (5).

3. That the allegations contained in paragraph six (6) of the Complaint represent characterizations of the pleader to which no response is required. However, to the extent that a response is required, the said allegations are hereby denied.

4. That the allegations contained in paragraph seven (7) of the Complaint represent characterizations/conclusions of the pleader to which no response is required. However to the extent that a response is required, the said allegations are hereby denied.

5. That this Defendant has insufficient information and knowledge to either admit or deny the allegations set forth in paragraph eight (8) of the Complaint. However, to the extent that she is required to provide a response, the said allegation is hereby denied.

6. That this Defendant admits the allegations contained in paragraphs nine (9) and ten (10) of the Complaint.

7. That the allegations contained in paragraph eleven (11) of the Complaint are denied.

8. That the allegations contained in paragraph twelve (12) of the Complaint are admitted in part and denied in part.

9. That the allegations contained in paragraph thirteen (13) of the Complaint are admitted in part and denied in part.

10. That the allegation contained in paragraph fourteen (14) of the Complaint represents characterizations/conclusions of the pleader to which a response is not required. However, to the extent a response is required, the said allegation is hereby denied.

11. The allegation contained in paragraph fifteen (15) represents characterizations/conclusions of the pleader of the Complaint to which no

response is required. However, to the extent a response is required, the said allegation is hereby denied.

12. The allegation contained in paragraph sixteen (16) of the Complaint represents a characterization/conclusion of the pleader of the Complaint to which a response is not required. However, to the extent that a response is required this Defendant states that the Hearing Officer's Determination speaks for itself.

13. That the Defendant denies the allegation(s) set forth in paragraph seventeen (17) of the Complaint.

14. That this Defendant is not required to provide a response to paragraph eighteen (18) of the Complaint. However, to the extent that a response is required, the Defendant reasserts and incorporate by reference her responses to paragraphs one (1) through seventeen (17) as though set forth in their entirety.

15. That the allegations contained in paragraph nineteen (19) of the Complaint represent conclusions of the pleader of the Complaint to which no response is required. However, to the extent a response is required, the said allegations are hereby denied.

16. That this Defendant is not required to provide a response to paragraph twenty (20) of the Complaint. However to the extent a response is required the Defendant reasserts and incorporates by reference her responses to paragraph one (1) through seventeen (17) as though set forth in their entirety.

17. That the allegations contained in paragraph twenty-one (21) are conclusions of the pleader of the Complaint and as such the Defendant is not required to either admit

or deny same. However, to the extent a response is required the Defendant hereby denies the said allegations.

18. That any allegation or paragraph that has not been expressly admitted or denied is hereby denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and therefore should be affirmed.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim for attorney fees are statutorily barred.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrine of collateral estoppel.

**WHEREFORE**, Defendant Smith respectfully demands that the Complaint be dismissed with prejudice as to her and that this Honorable Court award her costs and expenses of litigation including reasonable attorney fees, costs, interest and such other relief as to this Honorable Court is just and equitable.

Respectfully submitted,

/s/
Tilman L. Gerald
James E. Brown & Associates, PLLC
Unified bar No. 928796
1220 L Street, NW, Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098-facsimile

***Attorneys for Defendant Ebony Smith***

Electronically filed: January 30, 2006