## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRIENDSHIP EDISON PUBLIC    )
CHARTER SCHOOL              )
CHAMBERLAIN CAMPUS,         )
                           )
        Plaintiff,         )
                           )
    v.                     )    Civil Action No. 05-2461 (RCL)
                           )
EBONY SMITH, next friend of )
L.S. and L.S., individually, )
                           )
and                        )
                           )
DISTRICT OF COLUMBIA,       )
                           )
        Defendants.        )
_____)

### **ORDER**

      Upon consideration of Defendant District of Columbia's Motion to Dismiss, or, in

the Alternative, for Summary Judgment, and any responses thereto, and the record herein,

it is

      ORDERED that Defendant's Motion to Dismiss or, in the Alternative, for

Summary Judgment, is GRANTED; and it is

      FURTHER ORDERED that the Complaint herein is DISMISSED with respect to

Defendant District of Columbia.

                                 _____

                                 United States District Judge