**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS : : : : Plaintiff, : : v. : : EBONY SMITH, next friend of the minor child, : L.S. and L.S. individually : : and : : DISTRICT OF COLUMBIA : : : Defendants : | **CIVIL ACTION NO. 05-2461 (RCL)** |

Upon consideration of Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, and Plaintiff's Opposition to Defendant's Motion, it is

ORDERED: that Defendant District of Columbia's Motion to Dismiss, or, in the alternative, for Summary Judgment, is DENIED.

_____
Royce C. Lamberth
United States District Judge