**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC | ) | |
| CHARTER SCHOOL | ) | |
| CHAMBERLAIN CAMPUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2461 (RCL) |
| | ) | |
| EBONY SMITH, *et. al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>PRAECIPE</u>**

The Court's attention is invited to the attached Memorandum Opinion issued

March 15, 2006, in <u>IDEA Public Charter School</u> <u>v. Crystal Belton</u>, *et al*., Civ. No. 05-467

(D.D.C.).  That decision deals with the same issues concerning the Individuals with

Disabilities Education Act that are presented in the pending Defendants' motion to

dismiss the complaint herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

<u>/s/ Carol E. Burroughs</u>
CAROL E. BURROUGHS [415432]
Assistant Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6520
(202)727-3625 (fax)
carol.burroughs@dc.gov

March 16, 2006