UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC ) <br> CHARTER SCHOOL ) <br> CHAMBERLAIN CAMPUS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EBONY SMITH, *et. al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 05-2461 (RCL) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Court's attention is invited to the attached Memorandum Opinion issued March 27, 2006, in Hyde Leadership Public Charter School v. Wanda Clark, *et al.*, Civ. No. 05-722 (D.D.C.). That decision deals with the same issues concerning the Individuals with Disabilities Education Act that are presented in the pending Defendants' motion to dismiss the complaint herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II

|  |  |
|---|---|
|  | /s/ Carol E. Burroughs |
|  | CAROL E. BURROUGHS [415432] |
|  | Assistant Attorney General for the |
|  | District of Columbia |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6520 |
|  | (202)727-3625 (fax) |
| March 28, 2006 | carol.burroughs@dc.gov |