UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
**FRIENDSHIP EDISON PUBLIC**    )
**CHARTER SCHOOL**                 )
**CHAMBERLAIN CAMPUS,**       )
                                             )
       **Plaintiff,**                      )
                                             )
     v.                            )      Civil Action No. 05-2461 (RCL)
                                             )
**EBONY SMITH, next friend of L.S. and** )
**L.S., individually,**                 )
                                           )
and                                          )
                                           )
**DISTRICT OF COLUMBIA,**       )
                                           )
       **Defendants.**               )
_____)

## **ORDER**

UPON CONSIDERATION of defendant's Motion [3] to Dismiss the Complaint, or in the Alternative, for Summary Judgment, filed on behalf of the District of Columbia, the opposition [4] thereto, and the record herein, it is hereby

ORDERED that defendant's motion [3] is hereby GRANTED. The complaint is DISMISSED as to defendant District of Columbia.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 5, 2006.