**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FRIENDSHIP EDISON PUBLIC** ) | |
| **CHARTER SCHOOL** ) | |
| **CHAMBERLAIN CAMPUS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 05-2461 (RCL)** |
| **v.** ) | |
| ) | |
| **EBONY SMITH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

Defendant Ebony Smith has filed an answer.  Therefore, a Local Rule 16.3 Conference

shall be held within fifteen (15) days of this date between plaintiff and defendant Ebony Smith.

Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed

scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in

Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 5, 2006.