UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS,**  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>**EBONY SMITH,** *et al.*,  )<br><br>Defendants.  ) | Civil Action No. 05-2461 (RCL) |

## ORDER

Upon consideration of the parties' Meet & Confer Statement [10], and the indication therein at Paragraph 3 that the parties consent to proceed before a United States Magistrate Judge and the representations of counsel to chambers that they consent to referral to a Magistrate Judge for all purposes, it is hereby

ORDERED that the parties shall each sign and date the attached form to indicate their consent to such referral and return the form to the Clerk of Court. It is hereby

FURTHER ORDERED that upon receipt of the executed form, the Courtroom Deputy shall refer this case to a Magistrate Judge for all purposes, including trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 14, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS,** ) ) ) ) | |
| **Plaintiff,** ) ) | Civil Action No. 05-2461 (RCL) |
| v. ) ) | |
| **EBONY SMITH,** *et al.*, ) ) | |
| **Defendants.** ) ) | |

## CONSENT TO PROCEED BEFORE A
## UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____    _____
Attorney for Plaintiff                                          Date


_____    _____
Attorney for Defendants                                     Date


NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.