UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRIENDSHIP EDISON PUBLIC )
CHARTER SCHOOL )
CHAMBERLAIN CAMPUS, )
)
Plaintiff, )
) Civil Action No. 05-2461 (RCL)
v. )
)
EBONY SMITH, et al., )
)
Defendants. )

## CONSENT TO PROCEED BEFORE A
## UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____                 14 NOV 2006
Attorney for Plaintiff                         Date
WILLIAM HOUSTON PER
PAUL DALTON

_____                 11/14/06
Attorney for Defendants                        Date
TILMAN L GETAW

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

Approved  Royce C. Lamberth
U.S.D.J.  11/14/06