UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS : : : : Plaintiff, : : v. : : EBONY SMITH, next friend of the minor child, L.S. and L.S. individually : : : Defendants : _____ : | **CIVIL ACTION NO. 05-2461 (DAR)** |

**AMENDED RULE 16.3 REPORT**

I. STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES:

This is an action brought under the Individuals with Disabilities Education Improvement Act of 2004, P.L. 108-446, appealing a Hearing Officer's Determination issued on September 27, 2005. The Hearing Officer did not allow any evidence regarding the resolution meeting into the record. Consequently, he found Friendship Edison denied the student a FAPE for failure to timely evaluate and ordered independent evaluations. Edison seeks reversal of that determination.

Pursuant to Rule 16.3, the parties conferred, and their positions are as follows:

(1) Case Tracking Category and Resolution by Summary Judgment: Based on information available the parties believe that this case can be decided by dispositive motions.

(2) Factual and Legal Issues; Joining of Additional Parties; Amendment of

Pleadings: The parties do not anticipate the need for joining or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

    (3)    Potential for Settlement: The parties will discuss settlement, but do not believe that a settlement is possible at this time.

    (4)    ADR Procedures: The parties are amenable to ADR.

    (5)    Motions for Summary Judgment: The parties believe this case can be decided by dispositive motions.

Plaintiff proposes the following schedule:

    (1) The administrative record to be filed by December 8, 2006.

    (2) Plaintiff's motion for summary judgment to be filed 30 days after the filing of the administrative record. (January 8, 2007).

    (3) Defendant's Motion for Summary Judgment and Opposition to be filed 30 days after Plaintiff's Motion for Summary Judgment is filed (February 7, 2007).

    (4) Plaintiff's Opposition and Reply to be filed 15 days after Defendant's Opposition is filed (February 22, 2007).

    (5) Defendant's Reply to be filed 15 days after Plaintiff's reply (March 9, 2007).

    (6) Rule 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    (7)    The parties do not believe discovery is necessary.

(8)  Rule 26(a)(2): The parties do not believe there will be a need for expert witnesses.

(9)  The instant case is not a class action.

(10)  Bifurcation of Trial or Discovery: The parties foresee no need to bifurcate discovery or trial.

(11)  Pre-Trial Conference Date: There is no need for a pretrial conference at this time.

(12)  Trial Date: There is no need to set a trial date at this time.

(13)  The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully Submitted,

 /s/ Paul S. Dalton
Paul S. Dalton [439118]
Dalton, Dalton, &  Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323
Counsel for Plaintiff

 /s/ Tilman L. Gerald
Tilman L. Gerald [928796]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
202-742-2098

   /s/ Roxanne D. Neloms
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
202-742-2098

Counsel for Defendants