## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>CHAMBERLAIN CAMPUS | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : **CIVIL ACTION NO. 05-2461 (DAR)** |
| EBONY SMITH, next friend of the minor child,<br>L.S. and L.S. individually | :<br>: |
| Defendants | : |
| _____ | : |

NOTICE OF FILING

Plaintiff hereby submits the administrative record in the above captioned matter. A courtesy copy will be filed with Judge Robinson and will be mailed to defendant's counsel. Also included in this filing is a transcript of the due process hearing.

        Respectfully submitted,

        /s/ Paul S. Dalton
        Paul S. Dalton [439118]
        Dalton, Dalton, & Houston P.C.
        1008 Pendleton Street
        Alexandria, Virginia 22314
        (703) 739-4300
        Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I certify that on this 8th day of December 2006, a copy of the foregoing Notice of Filing was mailed first class postage paid to Mr. Tilman Gerald at 1220 L Street, N.W., Suite 700 Washington, DC 20005.

                        /s/
                 Paul S. Dalton, Esq.