## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS : : : : Plaintiff, : : v. : : EBONY SMITH, next friend of the minor child, : L.S. and L.S. individually : : | **CIVIL ACTION NO. 05-2461 (DAR)** |

Upon consideration of the Plaintiff's Motion for Summary Judgment and Defendants' opposition, it is

ORDERED: that Plaintiff's Motion for Summary Judgment is GRANTED

FURTHER ORDERED: The September 27, 2005, Hearing Officer's Determination is reversed.

_____           _____
Date                                            Deborah A. Robinson
                                                      United States District Court Judge