UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS**  　Plaintiff,  　　v.  **EBONY SMITH**, next friend of the minor child, L.S. and L.S. individually  　Defendants | :  :  :  :  :  :  :  CA. NO. 05-2461 (DAR)  :  :  :  :  :  :  : |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE THEIR OPPOSITION TO THE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

　　COMES NOW, the Defendants, by and through their attorneys, Tilman L. Gerald, Esq., Roxanne D. Neloms, Esq., and James E. Brown & Associates, PLLC, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule move this Honorable Court for an extension of time within which to file their Opposition to the Plaintiff's Motion for Summary Judgment respectfully represents unto this Honorable Court as follows:

　　1.　　Pursuant to the Scheduling Order entered by this Honorable Court on December 8, 2006, the Plaintiff filed the Administrative Record for the captioned matter.

　　2.　　That the Administrative Record filed by the Plaintiff purported to be the Administrative Record in its entirety.

　　3.　　That in its Motion for Summary Judgment, filed on January 8, 2007, the Plaintiff

raised specific issues regarding the Defendants' request(s) for evaluations, yet those records were not included in the Administrative Record as filed by the Plaintiff.

4. That the Opposition to the Plaintiff's Motion for Summary Judgment is due on the February 8, 2007, but the Defendants are unable to reasonably respond to some of the issues raised by the Plaintiff's because the Administrative Record as presently constituted only contains documents proffered by the Plaintiff during the administrative due process hearing and does not contained any of the documents that were submitted as part of the Defendants' disclosure.

5. That the ability of the Defendants' to appropriately respond to the arguments asserted by the Plaintiff in its Motion for Summary Judgment and to invoke their own case for Summary Judgment is unduly and unnecessarily hindered and impaired by the failure of Plaintiff to file a "proper" Administrative Record in this matter.

6. That the Plaintiff was required to file the Administrative Record in its entirety, but did not do so.

7. That when counsel for the Defendants discovered that a portion of the Administrative Record had been excluded, counsel notified counsel for the Plaintiffs on January 26, 2007, to advise him of same. *See Attached Exhibit*

8. That Ms. Jessica Smith, an attorney with Dalton, Dalton & Houston, responded to Defendants' counsel inquiry of January 26, 2007, and informed counsel for the Defendants that Plaintiff's counsel was ill and that she would need to consult with Mr. Dalton regarding the Defendant's request for the Plaintiff to reconstitute the Administrative Record. *Id.*

9. That the Plaintiff will not suffer any prejudice if this Honorable Court Defendants an extension of time to file their Opposition to the Plaintiff's Motion for Summary Judgment.

10. The Defendants will sustain substantial, if not irreparable, prejudice if they are unable to have the benefit of the complete Administrative Record to use in the preparation of their Opposition to the Plaintiff's Motion for Summary Judgment, and the Defendants' Cross Motion for Summary Judgment.

11. That the instant motion is made in good faith and is not interposed for delay or other dilatory purpose.

12. That the interest of justice dictates that the Defendants should have the benefit of the full and complete Administrative Record to adequately and effectively address the issues raised by the Plaintiff in their papers.

**WHEREFORE**, the premises considered, the Defendants respectfully pray as follows:

1. That this Honorable Court enter an order requiring the Plaintiffs to provide Defendants' counsel with an Administrative Record that is complete in all respects including but not necessarily limited to those documents that were relied upon by the Defendant in their case at the administrative due process hearing.

2. That this Honorable Court grant Defendants a reasonable time thereafter to file their Opposition to the Plaintiff's Motion for Summary Judgment, and Cross Motion for Summary Judgment.

3. And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

                    Respectfully submitted

                    _____/s/_____
                    Tilman L. Gerald [928796]
                    Roxanne D. Neloms [478157]
                    James E. Brown & Associates, PLLC
                    1220 L Street, N. W., Suite 700
                    Washington, D.C. 20005
                    202-742-2000
                    202-742-2098(fax)
                    **Attorneys for Defendants**

## POINTS AND AUTHORITIES

1. The record herein

2. The Administrative Record filed on December 8, 2006.

3. Rule 6(b)(1) of the Federal Rules of Civil Procedure.

4. Local Rule 7(m).