**From:** Jessica M. Smith, Esq. [mailto:j.smith@daltonlaw.com]
**Sent:** Wednesday, January 31, 2007 6:19 PM
**To:** Roxanne Neloms
**Subject:** RE: Friendship Edison v. Smith 05-2461

1. Paul has been sick the past week. I just took over this case, so I am not entirely familiar with the status. Let me discuss this with him and I'll get back to you asap.

Thanks!

---

**From:** Roxanne Neloms [mailto:rneloms@jeblaw.biz]
**Sent:** Wednesday, January 31, 2007 6:05 PM
**To:** 'Jessica M. Smith, Esq.'
**Subject:** RE: Friendship Edison v. Smith 05-2461

About 20 days. But don't you have to make the records I receive apart of the administrative record? Do I need to send you guys a copy of what I am provided with?

Let me know.

Thanks

---

**From:** Jessica M. Smith, Esq. [mailto:j.smith@daltonlaw.com]
**Sent:** Wednesday, January 31, 2007 4:40 PM
**To:** Roxanne Neloms
**Subject:** RE: Friendship Edison v. Smith 05-2461

Ms. Neloms:

How long of an extension will you be requesting?

Thank you,

Jessica M. Smith, Esq.
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x227
Fax: (703) 739-2323

*******************************************************************************
The information contained in this email may be confidential and/or legally
privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified
that any unauthorized review, use, disclosure, dissemination, distribution,
or copying of this communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact the sender
by reply email and destroy all copies of the original message. To contact our
email administrator directly, send to **d.castro@daltonlaw.com**
Thank you.
*******************************************************************************

**From:** Roxanne Neloms [mailto:rneloms@jeblaw.biz]
**Sent:** Friday, January 26, 2007 3:09 PM
**To:** j.smith@daltonlaw.com; dcspedlaw@aol.com
**Cc:** Domiento Hill
**Subject:** Friendship Edison v. Smith 05-2461

Please be informed that the administrative record provided in the matter above is not complete. We are in the process of having the attorney who presided over the case at the administrative level gather those documents that were submitted in his five day disclosures and were admitted in the record. We are also preparing a Motion for an Extension of Time to afford you the opportunity to complete the record but to also afford us time to review the additional documents in totality and respond appropriately.

Please inform us of your position on our motion for an extension of time.

Thank you