UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>CHAMBERLAIN CAMPUS<br><br>         Plaintiff,<br><br>    v.<br><br>EBONY SMITH, next friend of the minor child,<br>L.S. and L.S. individually<br><br>         Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-2461 (DAR)<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE THEIR OPPOSITION TO THE PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, by and through counsel, and responds to the Defendants' Motion for Extension of Time within which to File their Opposition to the Plaintiff's Motion for Summary Judgment.

1. The Plaintiff requested the administrative record and transcript of the proceedings from the District of Columbia Public Schools' Student Hearing Office. On December 8, 2007, the Plaintiff filed with this Court the administrative record that the Plaintiff received from the Student Hearing Office. The Plaintiff was unaware at the time of filing that the administrative record received from the Student Hearing Office was missing the documents submitted by the Defendants at the due process hearing.

2. Counsel for Defendants contacted counsel for Plaintiff to inform him of the documents missing from the administrative record. Counsel for Plaintiff and counsel for the Defendants have discussed this matter and have agreed that counsel for the Defendants

will locate the missing documents and submit them to counsel for Plaintiff. At that time, counsel for Plaintiff will file an amended or revised administrative record with this Court.

3. Once the administrative record is updated to its entirety, counsel for Plaintiff will contact counsel for the Defendant and, with the permission of this Court, will propose a revised briefing schedule.

For the reasons stated above, the Plaintiff does not oppose the Defendants' Motion for Extension of Time.

Respectfully submitted,
/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (O)
(703) 739-2323 (F)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 6th day of February, 2007.

                                                      /s/  
                                      PAUL S. DALTON, Esq.  
                                      Counsel for the Plaintiff