UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS : : : : : Plaintiff, : : v. : : EBONY SMITH, next friend of the minor child, : L.S. and L.S. individually : : Defendants. : _____ : | **CIVIL ACTION NO. 05-2461 (DAR)** |

NOTICE OF FILING

Plaintiff hereby submits an addendum to the administrative record in the above captioned matter. The addendum includes documents which were originally missing from the administrative record previously received from the District of Columbia Public Schools Student Hearing Office and filed with this Court. A courtesy copy will be filed with Judge Robinson and will be mailed to the Defendant's counsel.

        Respectfully submitted,

        /s/ Paul S. Dalton
        Paul S. Dalton [439118]
        Dalton, Dalton, & Houston P.C.
        1008 Pendleton Street
        Alexandria, Virginia 22314
        (703) 739-4300
        Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of February, 2007, a copy of the foregoing Notice of Filing was electronically filed and mailed first class postage paid to Mr. Tilman Gerald at 1220 L Street, N.W., Suite 700 Washington, DC 20005

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Plaintiff