UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS** | : : : : |
| Plaintiff, | : : |
| v. | : C.A. NO. 05-2461 (RCL/DAR) : |
| **EBONY SMITH, next friend of the minor child, L.S. and L.S. individually** | : : : : |
| Defendants | : : |

### DEFENDANT'S STATEMENT OF MATERIAL FACTS IDENTIFIED BY THE PLAINTIFF AS TO WHICH THERE IS A GENUINE DISPUTE

Following are the Defendant's responses to the Plaintiff's Statement of Material Facts as to Which There is No Genuine Dispute. Letters and numbers listed below correspond to those enumerated in the Defendant's Statement:

| Plaintiff's Fact No. | Defendants' Position |
|---|---|
| 1-3 | Not disputed. |
| 4 | Disputed. Between January 26, 2005 and May 27, 2005, the record is devoid of any attempts on behalf of FEPCS to conduct comprehensive evaluations on L.S. The special education coordinator testified was issued, but never produced at the hearing. |

1

*See A.R. 1-8; see Tr. 69*.

| | |
|---|---|
| 5 | Disputed. FEPCS claimed a computer glitch occurred but offer not evidence to prove that such a problem existed or was corrected. *See Tr. 1-123.* |
| 6 | Not disputed. |
| 7 | Disputed. The reference regarding the July 28, 2005 letter is contained in the resolution meeting notes. *See AR. at 20*. |
| 8 | Not Disputed. |
| 9 | Disputed. Parent never refused consent for evaluations; she had already provided a consent letter on January 28, 2005. *See AAR at 83*. |
| 10 | Disputed. Parent testified that due to FEPCS failure to timely evaluate her son she no longer trusted the school to complete evaluations. *See Tr at 89*. |
| 11-13 | Not disputed. |

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [928796]
Roxanne Neloms[478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098-facsimile

*ATTORNEYS FOR DEFENDANTS*