UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>CHAMBERLAIN CAMPUS | :<br>:<br>:<br>:<br>: |
| v. | : **CIVIL ACTION NO. 05-2461 (DAR)**<br>: |
| EBONY SMITH, as next friend<br>of the minor child, L.S., *et. al*<br>_____ | :<br>:<br>: |

Upon consideration of the Plaintiff's Motion for Summary Judgment, Defendants' Opposition and Cross Motion for Summary Judgment, and the Plaintiff's Opposition thereto, it is hereby

ORDERED: Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: Defendants' Cross Motion for Summary Judgment is DENIED;

FURTHER ORDERED: The September 27, 2005, Hearing Officer's Determination is reversed.

_____  _____
Date                                          Deborah A. Robinson
                                                    United States Magistrate Judge