UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS | : : : : : |
| v. | : CIVIL ACTION NO. 05-2461 (DAR) : |
| EBONY SMITH, as next friend of the minor child, L.S., *et. al* _____ | : : : |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IDENTIFIED BY THE DEFENDANT AS TO WHICH THERE IS A GENUINE DISPUTE**

COMES Now, the Plaintiff, by and through counsel, and, pursuant to LCvR 7(h) and this Honorable Court's Minute Order on April 27, 2007, submits this statement to supplement the Plaintiff's Opposition to the Defendants' Cross-Motion for Summary Judgment.

The following are the Plaintiff's responses to the Defendants' Statement of Material Facts. The numbers listed below correspond those enumerated in the Defendants' Statement.

| **Defendants' Fact No.** | **Plaintiff's Position** |
|---|---|
| 1. | Not disputed as to the substance. Disputed as to the correct citation in the record which should be Administrative Record Addendum 83. |
| 2. - 8. | Not disputed. |
| 9. | Not disputed as to the Hearing Officer not allowing the resolution meeting notes into evidence. Disputed as to the Defendants' interpretation of the |

|     | Hearing Officer's reasoning behind not admitting the resolution documents into evidence. *See* AR at 7. |
| --- | --- |
| 10. | Disputed as to the date the Hearing Officer's Decision ("HOD") was issued, which was September 27, 2006. *See* AR at 8. |
| 11. | Disputed as to the accuracy of the HOD which ordered Plaintiff to convene an MDT meeting "within 10 **school** days of receipt of the **last** evaluation report . . ." AR at 7 (emphasis added). |

Respectfully submitted,

_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically on this 10th day of May, 2007.

_____/s/_____
PAUL S. DALTON, Esq.