## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL CHAMBERLAIN CAMPUS | : : : : |
| Plaintiff, | : : |
| v. | :  **CIVIL ACTION NO. 05-2461 (RCL)** : |
| EBONY SMITH, next friend of the minor child, L.S. and L.S. individually | : : : |
| Defendants | : : |

## PRAECIPE

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

Respectfully submitted,

/s/ _____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***