UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIENDSHIP EDISON PUBLIC
CHARTER SCHOOL
CHAMBERLAIN CAMPUS,

  Plaintiff,

    v.

EBONY SMITH, as next friend of the minor child, L.S., et. *al.*

  Defendants.

Civil Action No. 05-2461
DAR

## **ORDER**

Pending for determination by the undersigned United States Magistrate Judge are Plaintiff's Motion for Summary Judgment ("Pl.'s Motion") (Document No. 15) and Defendants' Cross Motion for Summary Judgment ("Defs.' Motion") (Document No. 21). Upon consideration of the motions, the memoranda in support thereof and in opposition to and the entire record herein, including the Administrative Record (Document Nos. 14, 18), for the reasons which will be set forth in a separate memorandum opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**. It is **FURTHER ORDERED** that Defendants' Cross Motion for Summary Judgment is **DENIED**.

                                                       /s/
                                           DEBORAH A. ROBINSON
                                           United States Magistrate Judge

March 31, 2008
DATE